IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY EDUARDO ROSARIO SÁNCHEZ,<br>Defendant. | INFORMATION<br><br>Criminal No. 21-243 (FAB)<br><br>Violations:<br>18 U.S.C. § 2<br>18 U.S.C. § 1951 18 U.S.C. § 2119(3)<br><br>(THREE COUNTS) |

RECEIVED AND FILED
JULY 9, 2021 at 1:00 pm
OFM

THE UNITED STATES CHARGES:

### COUNT ONE
### Carjacking
### (18 U.S.C. § 2119(3))

On or about January 13, 2018, in the District of Puerto Rico and within the jurisdiction of this Court,

ANTHONY EDUARDO ROSARIO SÁNCHEZ,

the defendant herein, aiding and abetting and being aided and abetted by others, took a motor vehicle, a red and white all-terrain KTM 450 motorcycle with an unknown license plate, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of A.A.T. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, resulting in the death of A.A.T., in violation of 18 U.S.C. §§ 2119(3) and 2.

COUNT TWO
Interference With Commerce by Robbery
(18 U.S.C. § 1951)

On or about January 14, 2018, in the District of Puerto Rico and within the jurisdiction of this Court,

ANTHONY EDUARDO ROSARIO SÁNCHEZ,

the defendant herein, aiding and abetting and being aided and abetted by others, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movements of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, did unlawfully take and obtain property from Tripletas Mixtas Ruiz, consisting of U.S. currency, from and in the presence of R.R.R. and J.M.A., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future to their person, in violation of 18 U.S.C. §§ 1951 and 2.

COUNT THREE
Carjacking
(18 U.S.C. § 2119(3))

On or about January 14, 2018, in the District of Puerto Rico and within the jurisdiction of this Court,

ANTHONY EDUARDO ROSARIO SÁNCHEZ,

the defendant herein, aiding and abetting and being aided and abetted by others, took a motor vehicle, a 2010 gray Toyota Tacoma, with license plate HNC-163 and VIN: JA4A53AX1AZ000270, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of J.M.R. by force, violence, and intimidation, with the intent

to cause death and serious bodily harm, resulting in the death of J.M.R., in violation of 18 U.S.C. §§ 2119(3) and 2.

W. STEPHEN MULDROW
United States Attorney

_____
Timothy Henwood
Chief, Criminal Division
Dated: 6/28/21

_____
Jonathan Gottfried
Assistant U.S. Attorney
Dated: 6/28/21